IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-MSK-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAND AND TRUST

Plaintiff,

v.

ALERUS FINANCIAL, NA
BERENBAUM WEINSHIENK, PC

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Joint Motion for Entry of Order Setting Date for Defendant Berenbaum Weishienk, PC to Respond to Plaintiff's Complaint** [docket no. 9, filed October 9, 2012] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED. Berenbaum Weishienk, PC shall answer or otherwise respond to the complaint on or before **November 14, 2012.**

DATED:  October 9, 2012