IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-MSK-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN AND SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion for Extension of Time for Plaintiffs to Respond to Defendants' Pending Motions** [docket no. 47, filed January 10, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  Plaintiffs have to and including **February 1, 2013**, in which to respond to (1) Defendant Alerus's Motion and Supporting Memorandum to Remove Plan Trustees and Appoint Trustee Ad Litem for Purposes of This Litigation [25]; (2) Defendant Berenbaum Weinshienk PC's Motion to Dismiss Amended Complaint [26]; and (3) Motion to Dismiss for Failure to State a Claim by Defendant Alerus Financial, N.A. [29].

IT IS FURTHER ORDERED that pursuant to the agreement of the parties, the Plaintiffs' Motion to Compel [40] is WITHDRAWN.

DATED:  January 14, 2013