IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-02547-MSK-BNB | Date: February 8, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST<br>    **Plaintiff(s)** | *Bruce E. Rohde*<br>*David R. Eason* |
| v. | |
| ALERUS FINANCIAL, NA<br><br>BERENBAUM WEINSHIENK, PC<br><br>    **Defendant(s)** | *Steven L. Severson*<br>*Thomas W. Carroll*<br>*Robert E. Youle*<br>*Reed W. Morgan* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:57 a.m.

Appearance of counsel.

Argument presented on [51] Motion for Protective Order to Stay Discovery.

**ORDERED:   [51] Motion for Protective Order to Stay Discovery is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  11:12 a.m.   Hearing concluded.   Total time in Court:  01:15

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119