IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-02547-MSK-BNB | Date: April 9, 2013 |
|---|---|---|
| Courtroom Deputy: | Bernique Abiakam | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST,<br>**Plaintiff** | *Bruce E. Rohde*<br>*David R. Eason* |
| v. | |
| ALERUS FINANCIAL, NA, and<br>BERENBAUM WEINSHIENK, PC<br>**Defendants** | *Steven L. Severson*<br>*Robert E. Youle*<br>*Reed W. Morgan* |
| RICHARD EASON,<br>MATTHEW BREWER,<br>SUSAN DUKES, and<br>ROBERT JENSEN,<br>**Third Party Defendants.** | *Darrell G. Waas*<br>*James M. Miletich*<br>*Patricia C. Campbell* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 1:33 p.m.

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

**ORDERED:   Motion To Withdraw As Attorneys Of Record (Filed 4/9/13; Doc. No. 88) is GRANTED.**

Argument presented on [Doc. No. 65] Motion to Amend and Join.

1:35 p.m.        Argument by Mr. Rohde.

2:21 p.m.        Argument by Mr. Youle.

2:37 p.m.        Argument by Mr. Severson.

2:51 p.m.        Rebuttal argument by Mr. Rohde.

3:02 p.m.        Comments and rulings by the Court.

**ORDERED:    Motion to Amend and Join (Filed 3/1/13; Doc. No. 65) is GRANTED in part and DENIED in part, as specified.**

**It is RECOMMENDED that the Motion to Amend and Join (Filed 3/1/13;Doc No. 65) be DENIED insofar as it seeks to add a prayer.**

**ORDERED:   Plaintiff shall submit a Revised Second Amended Complaint, as specified, on or before April 23, 2013.  Defendants shall respond on or before May 3, 2013.**

Argument presented on [Doc. No. 83] Motion to Amend Scheduling Order.

3:12 p.m.        Argument by Mr. Waas.

3:17 p.m.        Argument by Mr. Miletich.

3:19 p.m.        Comments and rulings by the Court.

**ORDERED:   Motion For Status Conference re: Amendments to Scheduling Order (Filed 4/8/13; Doc. No. 83) is GRANTED.**

Discovery cut-off:  November 29, 2013.

The dispositive motion deadline:  December 30, 2013.

Parties shall designate all experts no later than: October 1, 2013.

Parties shall designate all rebuttal experts no later than:  November 1, 2013

Rule 26(a)(1) disclosures is extended to May 8, 2013.

Responses to discovery pending is extended to April 23, 2013.

**ORDERED:  Third Part Defendant Richard Eason's Unopposed Motion For Extension Of Time to Serve Rule 26(a)(1) Disclosures (Filed 4/8/13; Doc. No. 85) is GRANTED.**

**ORDERED:  Deadline for Richard Eason to respond to Alerus Financial, N.A.'s Third-Party Complaint And Counterclaims is extended to April 17, 2013.**

Court in Recess: 3:21 p.m.     Hearing concluded.     Total time in Court:  01:48