**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST
AND ITS TRUSTEES, MATTHEW BREWER,
ROBERT JENSEN AND SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, N.A. and
BERENBAUM WEINSHIENK, P.C.,

Defendants.

---

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER, ROBERT JENSEN,
SUSAN DUKES, PIONEER CENTRES HOLDING COMPANY,
and RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE 16-PAGE REPLY
BRIEF IN SUPPORT OF MOTION TO DISMISS (ECF No. 134)**

THIS MATTER comes before the Court on Defendant Berenbaum Weinshienk PC's ("Berenbaum") Unopposed Motion for Leave to File 16-Page Reply Brief in Support of Motion to Dismiss ("Motion") (ECF No. 134). The Court has reviewed the lengths of Berenbaum's Motion to Dismiss (with supporting Brief) and Plaintiffs' Response, both of which exceed the page limitations allowed under this Court's Practice Standards (Civil Cases). The Court is aware

that its Practice Standards were not issued until on or about May 15, 2013, but that the Motion to Dismiss was filed May 3, 2013.  Plaintiffs' Response was filed May 31, 2013 and without leave to exceed the page limitations but addressed a Motion to Dismiss longer than this Court would otherwise permit without leave of the Court.  In light of the lengths of the Motion to Dismiss and Response, and the date when the Motion to Dismiss was filed, and having reviewed the file and being otherwise fully advised in the matter, it is hereby

**ORDERED** that the Motion (ECF No. 134) is GRANTED.  Berenbaum is granted leave to file the 16-page Reply Brief, a copy of which was attached to the Motion as Exhibit 1, and the Reply Brief is accepted as filed as of June 21, 2013.

DATED this 24th day of June, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge