IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN AND
SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants.
_____

ALERUS FINANCIAL, N.A.,

Third Party Plaintiff,

v.

RICHARD EASON,
MATTHEW BREWER,
SUSAN DUKES,
ROBERT JENSEN, and
PIONEER CENTRES HOLDING COMPANY,

Third-Party Defendants and Counterclaim Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

	This matter is before the Court on the **Pioneer Centres Holding Company's Unopposed Motion for Extension of Time to Respond to Berenbaum Weinshienk, P.C.'s First Set of Discovery Requests** [docket no. 138, filed July 18, 2013] (the "Motion").

	IT IS ORDERED that the Motion is GRANTED and Third-Party Defendant Centres Holding Company shall respond to the defendant Berenbaum Weinshienk's first set of discovery requests on or before **August 2, 2013**.

DATED:  July 19, 2013