IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN AND SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants.

---

## ORDER

---

This matter arises on the parties' **Unopposed Motion Regarding Agreement to Stay All Applicable Due Dates Pertaining to Berenbaum Weinshienk, P.C.'s Subpoena to EasonRhode, LLC** [Doc. # 146, filed 7/29/2013] (the "Motion"). The Motion requests that I "enter an Order confirming" the parties agreement to stay deadlines established under a subpoena issued by a lawyer. Ordinarily, and in this situation particularly, it is not a judicial function to sanction or confirm the parties' private agreements.

IT IS ORDERED that the Motion [Doc. # 146] is DENIED.

Dated August 19, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge