IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN AND
SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants.

_____

ALERUS FINANCIAL, N.A.,

Third Party Plaintiff,

v.

RICHARD EASON,
MATTHEW BREWER,
SUSAN DUKES,
ROBERT JENSEN, and
PIONEER CENTRES HOLDING COMPANY,

Third-Party Defendants and Counterclaim Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    **Third Party Defendant Eason's Unopposed Motion to File an Amended Motion to Dismiss** [Doc. # 152, filed 9/30/2013] is GRANTED;

      (2)    **Third-Party Defendants Matthew Brewer, Robert Jensen, Susan Dukes and Pioneer Centres Holding Company's Unopposed Motion to File an Amended Motion to**

**Dismiss** [Doc. # 153, filed 9/30/2013] is GRANTED; and

    (3)    The Clerk of the Court is directed to accept for filing Doc. ## 152-1 and 153-1.

DATED:  October 7, 2013