IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES,
MATTHEW BREWER,
ROBERT JENSEN, and
SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants,

and

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER,
ROBERT JENSEN,
SUSAN DUKES,
PIONEER CENTRES HOLDING COMPANY, and
RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiffs' and Counterclaim Defendants' Motion for Protective Order** [Doc. # 163, filed 11/4/2013] (the "Motion for Protective Order"). I held a hearing on the Motion for Protective Order this morning and made rulings on the record, which are

incorporated here.

IT IS ORDERED that the Motion for Protective Order [Doc. # 163] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to (1) limit the deposition of Matthew Brewer to no more than seven hours; (2) allow Mr. Brewer to have present with him at the deposition, at his option, a medical care provider or family member; (3) structure the testimony in reasonable segments of time as the witness can tolerate; and (4) require, at the option of the witness, that the deposition occur in the courthouse and subject to my supervision. Counsel shall contact my chambers at 303-844-6408 to make arrangements for the deposition to proceed at the courthouse if the witness exercises that option; and

• DENIED in all other respects.

Dated November 22, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge