IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN AND
SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants.

_____

ALERUS FINANCIAL, N.A.,

Third Party Plaintiff,

v.

RICHARD EASON,
MATTHEW BREWER,
SUSAN DUKES,
ROBERT JENSEN, and
PIONEER CENTRES HOLDING COMPANY,

Third-Party Defendants and Counterclaim Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　This matter is before the Court on the **Motion for Leave to Restrict Document** [docket no. 171, filed November 21, 2013] (the "Motion").

　　　　IT IS ORDERED that the Motion is GRANTED and Number 169-1, Exhibit A to Defendants' Joint Response to Plaintiff's Motion for Protective Order is Restricted to Level 1.

DATED:  November 26, 2013