IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST
AND ITS TRUSTEES, MATTHEW BREWER,
ROBERT JENSEN AND SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, N.A. and
BERENBAUM WEINSHIENK, P.C.,

Defendants.

---

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff,

v.

PIONEER CENTRES HOLDING COMPANY, and
RICHARD EASON,

Third-Party Defendants.

---

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

---

Upon review of the parties' Joint Motion to Amend Scheduling Order, and the file in this matter, it is:

ORDERED, that the motion is granted, and it is

FURTHER ORDERED, that the Scheduling Order is hereby amended as follows:

(a)   discovery may be taken up to and including February 21, 2014; and

(b) dispositive and Federal Rule of Evidence 702 motions are due March 21, 2014.

DONE and ORDERED this 4th day of December, 2013.

BY THE COURT:

*[signature]*

**BOYD N. BOLAND**
**United States Magistrate Judge**

2