**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST
AND ITS TRUSTEES, MATTHEW BREWER,
ROBERT JENSEN AND SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, N.A. and
BERENBAUM WEINSHIENK, P.C.,

Defendants.

---

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER, ROBERT JENSEN,
SUSAN DUKES, PIONEER CENTRES HOLDING COMPANY,
and RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

---

**ORDER GRANTING
MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
(ECF No. 166/172)**

THIS MATTER comes before the Court on Alerus Financial, N.A.'s ("Alerus") Motion for Leave to File Supplemental Memorandum in Support of its Motion to Remove Plan Trustees and Appoint Trustee Ad Litem for Purposes of Litigation ("Motion") (ECF No. 166/172). Upon

consideration of the Motion, to which no objection has been filed, finding good cause, and being otherwise fully advised in the matter, it is hereby

**ORDERED** that the Motion (ECF No. 166/172) is GRANTED. Alerus' Supplemental Memorandum in Support of its Motion to Remove Plan Trustees and Appoint Trustee Ad Litem for Purposes of this Litigation (ECF No. 166-1) and Declaration of Blake J. Lindevig (ECF No. 166-2) are hereby accepted as filed.

DATED this 9th day of December, 2013.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

2