**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST
AND ITS TRUSTEES, MATTHEW BREWER,
ROBERT JENSEN AND SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, N.A. and
BERENBAUM WEINSHIENK, P.C.,

Defendants.

---

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER, ROBERT JENSEN,
SUSAN DUKES, PIONEER CENTRES HOLDING COMPANY,
and RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

---

**ORDER**

---

THIS MATTER comes before the Court upon consideration that by Order dated

December 2, 2013 (ECF No. 181), Plaintiffs were granted an extension of time to respond to

Alerus Financial, N.A.'s Motion for Leave to File Supplemental Memorandum and

Accompanying Declaration in Support of its Motion to Remove Plan Trustees and Appoint

Trustee Ad Litem for Purposes of Litigation ("Motion to Supplement") (ECF Nos. 166/172).

Accordingly, it is

**ORDERED** that this Court's December 9, 2013 Order (ECF No. 183) granting the Motion to Supplement (ECF Nos. 166/172) is hereby VACATED.

DATED this 9th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge