IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN AND
SUSAN DUKES,

Plaintiff,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants.

_____

ALERUS FINANCIAL, N.A.,

Third Party Plaintiff,

v.

RICHARD EASON,
MATTHEW BREWER,
SUSAN DUKES,
ROBERT JENSEN, and
PIONEER CENTRES HOLDING COMPANY,

Third-Party Defendants and Counterclaim Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 IT IS ORDERED:

 (1) **Plaintiffs' Motion for Leave to File Supplemental Authority** [Doc. # 198] is GRANTED; and

 (2) The Clerk of the Court is directed to accept for filing Plaintiffs' Supplemental Authority [Doc. # 198-1].

DATED:  January 21, 2014