IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-02547-RM-BNB | Date: | February 21, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, <br> MATTHEW BREWER, as trustee <br> ROBERT JENSEN, as trustee <br> SUSAN DUKES, as trustee <br> **Plaintiffs and** <br> **Third-Party Defendants** | *Bruce E. Rhode* |
| v. | |
| ALERUS FINANCIAL, N.A. <br><br> **Defendant** <br> **Third-Party Plaintiff** <br> **Counterclaim Plaintiff** | *Thomas W. Carroll* <br> *Steven Lee Severson* <br> *Michael S. McCarthy* <br> *Blake J. Lindevig* |
| BERENBAUM WEINSHIENK, P.C. <br> **Defendant** | *Reed W. Morgan* |
| RICHARD EASON <br> **Third-Party Defendant** | *James M. Miletich* |
| MATTHEW BREWER <br> SUSAN DUKES <br> ROBERT JENSEN <br> **Counterclaim Defendant(s)** | *Darrel Gene Waas* <br> *Patricia Claire Campbell* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:28 a.m.  Appearance of counsel.

Argument heard on [208] Alerus Financial, N.A.'s Motion to Compel Production of Documents by Pioneer Centres Holding Company.

For the reasons stated on the record, it is

**ORDERED:** Alerus Financial, N.A.'s Motion to Compel Production of Documents by Pioneer Centres Holding Company [Doc. No. 208, filed 01/31/2014] is **GRANTED**. The documents shall be produced by March 21, 2014.

The Court raises [167] Motion to Permit Withdrawal of Matthew Brewer as Plaintiff for argument. Mr. Rohde presents oral argument and engages in discussion with the court.

For the reasons stated on the record, it is

**ORDERED:** Motion to Permit Withdrawal of Matthew Brewer as Plaintiff [Doc. No. 167, filed 11/18/2013] is **DENIED**.

Discussion held on [219] Stipulation and Joint Motion to Alter Scheduling Order and Permit Additional Three (3) Day for Deposition, Dispositive Motions, and Rule 702 Motions and Submission of Proposed Pretrial Order.

For the reasons stated on the record, it is

**ORDERED:** Stipulation and Joint Motion to Alter Scheduling Order to Permit Additional Three (3) Days for Deposition, Dispositive Motions, and Rule 702 Motions and Submission of Proposed Pretrial Order [Doc. No. 219, filed 2/18/2014] is **GRANTED**. The discovery deadline is extended to February 26, 2014 to allow for the deposition of Jaguar Land Rover North America, LLC. Dispositive motion deadline is extended to April 15, 2014. The Preliminary Pretrial Conference currently set for March 6, 2014, is vacated and re-set to June 12, 2014, at 1:30 p.m.

Court in Recess:   11:19 a.m.          Hearing concluded.          Total time in Court:  00:51