IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES,
MATTHEW BREWER,
ROBERT JENSEN, and
SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants,

and

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER,
ROBERT JENSEN,
SUSAN DUKES,
PIONEER CENTRES HOLDING COMPANY, and
RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion to Permit Withdrawal of Matthew Brewer as Plaintiff** [Doc. # 167,

filed 11/18/2013] (the "Motion to Substitute");

(2) **Alerus' Motion to Compel Production** [Doc. # 208, filed 1/31/2014] (the "Motion to Compel"); and

(3) The **Joint Motion to Alter Schedule** [Doc. # 219, filed 2/18/2014] (the "Joint Motion").

The parties appeared this morning for a hearing, and I made rulings on all of these matters at that time. Those rulings are incorporated here.

IT IS ORDERED:

(1) The Motion to Substitute [Doc. # 167] is DENIED;

(2) The Motion to Compel [Doc. # 208] is GRANTED as specified. On or before March 21, 2014, Pioneer Centres Holding Company shall produce the following documents pursuant to Request for Production 20: all monthly and/or quarterly income statements, balance sheets, and profit and loss statements for the period January 1, 2005, to the present; and

(3) The Joint Motion [Doc. # 219] is GRANTED, and the case schedule is modified to the following extent:

• Discovery cut-off: February 26, 2014, solely to allow the deposition of Jaguar Land Rover North America, LLC, to be taken;

• Dispositive and Rule 702 motion deadline: April 15, 2014; and

• The final pretrial conference set for March 6, 2014, at 9:30 a.m., is VACATED and RESET to **June 12, 2014, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed final pretrial order on or before June 5, 2014.

Dated February 21, 2014.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge