# PRINCIPLES of CORPORATE FINANCE

NINTH EDITION

RICHARD A. BREALEY
Professor of Finance
London Business School

STEWART C. MYERS
Robert C. Merton (1970) Professor of Finance
Sloan School of Management
Massachusetts Institute of Technology

FRANKLIN ALLEN
Nippon Life Professor of Finance
The Wharton School
University of Pennsylvania

McGraw-Hill Irwin

Boston Burr Ridge, IL Dubuque, IA New York San Francisco St. Louis
Bangkok Bogotá Caracas Kuala Lumpur Lisbon London Madrid Mexico City
Milan Montreal New Delhi Santiago Seoul Singapore Sydney Taipei Toronto

WOODWARD EX. H

The McGraw·Hill Companies

McGraw-Hill Irwin

PRINCIPLES OF CORPORATE FINANCE

Published by McGraw-Hill/Irwin, a business unit of The McGraw-Hill Companies, Inc., 1221 Avenue of the Americas, New York, NY, 10020. Copyright © 2008, 2006, 2003, 2000, 1996, 1991, 1988, 1984, 1981 by The McGraw-Hill Companies, Inc. All rights reserved. No part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written consent of The McGraw-Hill Companies, Inc., including, but not limited to, in any network or other electronic storage or transmission, or broadcast for distance learning.

Some ancillaries, including electronic and print components, may not be available to customers outside the United States.

This book is printed on acid-free paper.

1 2 3 4 5 6 7 8 9 0 WCK / WCK 0 9 8 7

ISBN 978-0-07-340510-0
MHID 0-07-340510-8

Executive editor: *Michele Janicek*
Developmental editor II: *Christina Kouvelis*
Marketing manager: *Ashley Smith*
Media producer: *Greg Bates*
Managing editor: *Lori Koetters*
Lead production supervisor: *Michael R. McCormick*
Senior designer: *Cara David*
Media project manager: *Kerry Bowler*
Cover design: *Krysten Brown*
Interior design: *Laurie Entringer*
Typeface: *10/12 Palatino*
Compositor: *Aptara, Inc.*
Printer: *Quebecor World Versailles Inc.*

**Library of Congress Cataloging-in-Publication Data**

Brealey, Richard A.
Principles of corporate finance / Richard A. Brealey, Stewart C. Myers, Franklin Allen. — 9th ed.
p. cm. — (The McGrawHill/Irwin series in finance, insurance, and real estate)
Includes index.
ISBN-13: 978-0-07-340510-0 (alk. paper)
ISBN-10: 0-07-340510-8 (alk. paper)
1. Corporations—Finance. I. Myers, Stewart C. II. Allen, Franklin. III. Title.
HG4026.B667 2008
658.15—dc22

2007030880

www.mhhe.com

2

CHAPTER TWO

# PRESENT VALUES, THE OBJECTIVES OF THE FIRM, AND CORPORATE GOVERNANCE

**COMPANIES INVEST IN** a variety of real assets. These include tangible assets such as plant and machinery and intangible assets such as patents and training for employees. The object of the investment, or capital budgeting, decision is to find real assets that are worth more than they cost. In this chapter we will take the first, most basic steps toward understanding how assets are valued.

There are a few cases in which it is not that difficult to estimate asset values. In real estate, for example, you can hire a professional appraiser to do it for you. Suppose you own a warehouse. The odds are that your appraiser's estimate of its value will be within a few percent of what the building would actually sell for.[1] After all, there is continuous activity in the real estate market, and the appraiser's stock-in-trade is knowledge of the prices at which similar properties have recently changed hands. Thus the problem of valuing real estate is simplified by the existence of an active market in which all kinds of properties are bought and sold. For many purposes no formal theory of value is needed. We can take the market's word for it.

But we need to go deeper than that. First, it is important to know how asset values are reached in an active market. Even if you can take the appraiser's word for it, it is important to understand *why* that warehouse is worth, say, $2 million and not a higher or lower figure. Second, the market for most corporate assets is pretty thin. Look in the classified advertisements in *The Wall Street Journal:* It is not often that you see a blast furnace for sale.

Companies are always searching for assets that are worth more to them than to others. That warehouse is worth more to you if you can manage it better than others can. But in that case, looking at the price of similar buildings will not tell you what the warehouse is worth under your management. You need to know how asset values are determined. In other words, you need a theory of value.

This chapter starts to develop that theory. We lead off with a simple numerical example: Should you invest in a new office building in the hope of selling it at a profit next year? You should do so if net present value is positive, that is, if the new building's value today exceeds the investment that

(*continued*)

Case No. 1:12-cv-02547-RM-MEH Document 243-8 filed 04/15/14 USDC Colorado
pg 4 of 9



is required. A positive net present value implies that the rate of return on your investment is higher than the opportunity cost of capital.

This chapter's first task is to define and explain net present value, rate of return, and opportunity cost of capital. The second task is to explain *why* financial managers need to search for investments with positive net present values. Here we will come to the fundamental objective of corporate finance: maximizing the current value of the firm's shares. We will explain why all shareholders should support this objective and why it makes more sense than other corporate goals, such as "maximizing profits."

Finally, we turn to the *managers'* objectives and discuss some of the mechanisms that help to align the managers' and stockholders' interests. We ask whether attempts to increase shareholder value need be at the expense of workers, customers, or the community at large.

In this chapter we will stick to the simplest numerical examples to make basic ideas clear. Readers with a taste for complication will find plenty to satisfy them in later chapters.

[1] Needless to say, there are some properties that appraisers find nearly impossible to value—for example, nobody knows the potential selling price of the Taj Mahal, the Parthenon, or Windsor Castle.

## 2.1 INTRODUCTION TO PRESENT VALUE

If you find an investment opportunity, how do you decide whether it is worthwhile? Suppose you come across a vacant lot that you can buy for $50,000. Your real estate adviser thinks there will be a shortage of office space a year from now and that an office building will fetch $420,000. For simplicity, we will assume that this $420,000 is a sure thing. The total cost of buying the land and constructing the building would be $370,000. Thus you would be investing $370,000 now to generate $420,000 a year hence. You should go ahead if the **present value (PV)** of the $420,000 payoff is greater than the investment of $370,000. Therefore, you need to ask, What is the value today of $420,000 to be received one year from now, and is that present value greater than $370,000?

### Calculating Future Value and Present Value

The first basic principle of finance is that *a dollar today is worth more than a dollar tomorrow,* because the dollar today can be invested to start earning interest immediately. Financial managers refer to this as the *time value of money.* Suppose that the rate of interest on U.S. government securities is 5% per year. If you invest $400,000 at 5% interest, you will have $400,000 × 1.05 = $420,000 a year from now. The **future value** of $400,000 today is 1.05 × $400,000 = $420,000 a year from now.

In our example, we know the *future* value (the office building that will be worth $420,000), but we need to find the *present* value of that future payoff. Think again of the time value of money. Since $1 in hand today is worth more than $1 next year, $1 next year must be worth *less* than $1 today. Therefore $420,000 next year must be worth less than $420,000 today—but how much less? The answer is $400,000, because investors can put up $400,000 today, earn 5% interest, and get $420,000 next year.

The arithmetic of present value is simple. Just run our future value calculation in reverse. If the interest rate is 5%, then the present value of $420,000 one year from now is $420,000/1.05 = $400,000. To find the present value, we divide the future cash flow by 1.05, or multiply it by 1/1.05. This multiplier (1/1.05 in our

Case No. 1:12-cv-02547-RM-MEH Document 243-8 filed 04/15/14 USDC Colorado pg 5 of 9



example) is called the **discount factor.** In general, if $C_1$ denotes the expected payoff at date 1 (one year hence), then

$$\text{Present value } (PV) = \text{discount factor} \times C_1$$

This discount factor is the value today of $1 received in the future. It is expressed as the reciprocal of 1 plus a rate of return:

$$\text{Discount factor} = \frac{1}{1 + r}$$

The rate of return $r$ is the reward that investors demand for accepting delayed payment.

To calculate present value, we discount expected payoffs by the rate of return offered by equivalent investment alternatives in the capital market. This rate of return is the **discount rate, hurdle rate,** or **opportunity cost of capital.** It is called the opportunity cost because it is the return foregone by investing in the project rather than investing in securities. In our example the opportunity cost was 5%. Present value was obtained by dividing $420,000 by 1.05:

$$\text{PV} = \text{discount factor} \times C_1 = \frac{1}{1 + r} \times C_1 = \frac{420{,}000}{1.05} = \$400{,}000$$

Let us assume that as soon as you have bought the land and begun construction, you decide to sell your project. How much could you sell it for? That is an easy question. Since the property will be worth $420,000 in a year, investors would be willing to pay $400,000 for it today. That is what it would cost them to get a $420,000 payoff from investing in government securities. Of course, you could always sell your property for less, but why sell for less than the market will bear? The $400,000 present value is the only feasible price that satisfies both buyer and seller. Therefore, the present value of the property is also its market price.

### Net Present Value

The office building is worth $400,000, but this does not mean you are $400,000 better off. You committed $370,000 and therefore the **net present value (NPV)** is $30,000. Net present value is found by subtracting the required investment:

$$\text{NPV} = \text{PV} - \text{required investment} = 400{,}000 - 370{,}000 = \$30{,}000$$

In other words, your office development is worth more than it costs—it makes a *net* contribution to value and increases your wealth. The formula for calculating NPV can be written as

$$\text{NPV} = C_0 + \frac{C_1}{1 + r}$$

remembering that $C_0$, the cash flow at time 0 (that is, today), will usually be a negative number. In other words, $C_0$ is an investment and therefore a cash outflow. In our example, $C_0 = -\$370{,}000$.

### Risk and Present Value

We made one unrealistic assumption in our discussion of the office development: Your real estate adviser cannot be certain about the future value of an office building. The $420,000 represents the best forecast, but it is not a sure thing.

If the future value of the building is risky, our calculation of NPV is wrong. Investors could achieve $420,000 with certainty by buying $400,000 worth of U.S. government securities, so they would not buy your building for that amount. You would have to cut your asking price to attract investors' interest.

Here we can invoke a second basic financial principle: *A safe dollar is worth more than a risky one.* Most investors avoid risk when they can do so without sacrificing return. However, the concepts of present value and the opportunity cost of capital still make sense for risky investments. It is still proper to discount the payoff by the rate of return offered by an equivalent investment. But we have to think of *expected* payoffs and the *expected* rates of return on other investments.[2]

Not all investments are equally risky. The office development is more risky than a government security but less risky than a start-up biotech venture. Suppose you believe the project is as risky as investment in the stock market and that stocks are forecasted to return 12%. Then 12% becomes the opportunity cost of capital. That is what you are giving up by not investing in equally risky securities. Now recompute NPV:

$$\text{PV} = \frac{420{,}000}{1.12} = \$375{,}000$$

$$\text{NPV} = \text{PV} - 370{,}000 = \$5{,}000$$

The office building still makes a net contribution to value, but the increase in your wealth is smaller than in our first calculation, which assumed that the future value of the office building was risk-free.

The value of the office building depends, therefore, on the timing of the cash flows and their uncertainty. The $420,000 payoff would be worth exactly that if it could be realized instantaneously. If the office building is as risk-free as government securities, the one-year delay *reduces value* by $20,000 to $400,000. If the building is as risky as investment in the stock market, then uncertainty further reduces value by $25,000 to $375,000.

If other investors agree with your forecast of a $420,000 payoff and your assessment of its risk, then your property ought to be worth $375,000 once construction is underway. If you tried to sell it for more, there would be no takers, because the property would then offer an expected rate of return lower than the 12% available in the stock market. Thus the office building's present value is also its market value.

Unfortunately, adjusting asset values for both time and uncertainty is often more complicated than our example suggests. Therefore, we will take the two effects separately. For the most part, we will dodge the problem of risk in Chapters 2 through 7, either by treating all cash flows as if they were known with certainty or by talking about expected cash flows and expected rates of return without worrying how risk is defined or measured. Then in Chapter 8 we will turn to the problem of understanding how financial markets cope with risk.

## Present Values and Rates of Return

We have decided that construction of the office building is a smart thing to do, since it is worth more than it costs—it has a positive net present value and creates

[2] We define "expected" more carefully in Chapter 10. For now think of expected payoff as a realistic forecast, neither optimistic nor pessimistic. Forecasts of expected payoffs are correct on average.

wealth for you. To calculate how much it is worth, we worked out how much you would need to invest directly in securities to achieve the same payoff. The project's present value is equal to its future income discounted at the rate of return offered by these securities.

We can state our decision rule in another way: Our real estate venture is worth undertaking because its rate of return exceeds the cost of capital. The rate of return on the investment in the office building is simply the profit as a proportion of the initial outlay:

$$\text{Return} = \frac{\text{profit}}{\text{investment}} = \frac{420{,}000 - 370{,}000}{370{,}000} = .135, \text{ or } 13.5\%$$

The cost of capital is once again the return foregone by *not* investing in securities. If the office building is as risky as investing in the stock market, the return foregone is 12%. Since the 13.5% return on the office building exceeds the 12% opportunity cost, you should go ahead with the project.

Here, then, we have two equivalent decision rules for capital investment:[3]

- *Net present value rule.* Accept investments that have positive net present values.
- *Rate of return rule.* Accept investments that offer rates of return in excess of their opportunity costs of capital.[4]

## The Opportunity Cost of Capital

The opportunity cost of capital is such an important concept that we will give one more example. You are offered the following opportunity: Invest $100,000 today and, depending on the state of the economy at the end of the year, you will receive one of these equally probable payoffs:

| Slump | Normal | Boom |
|---|---|---|
| $80,000 | $110,000 | $140,000 |

Since the three scenarios all have probability 1/3, the expected payoff is

$$C_1 = \left(\frac{1}{3}\right)(80{,}000 + 110{,}000 + 140{,}000) = \$110{,}000$$

This represents an expected return of 10% on the investment of $100,000. But what's the right discount rate?

You search for a common stock with the same risk as the investment. Stock X turns out to be a perfect match. X's price next year, given a normal economy, is forecasted at $110. The stock price will be lower in a slump and higher in a boom, but to the same degrees as your investment ($80 in a slump and $140 in a boom). You conclude that the risks of stock X and your investment are identical.

[3] You might check for yourself that these are equivalent rules. In other words, if the return of $50,000/$370,000 is greater than $r$, then the net present value $-\$370{,}000 + [\$420{,}000/(1 + r)]$ *must* be greater than 0.

[4] The two rules can conflict when there are cash flows at more than two dates. We address this problem in Chapter 6.

Case No. 1:12-cv-02547-RM-MEH Document 243-8 filed 04/15/14 USDC Colorado pg 8 of 9



Stock X's current price is \$95.65. It offers an expected rate of return of 15%:

$$\text{Expected return} = \frac{\text{expected profit}}{\text{investment}} = \frac{110 - 95.65}{95.65} = .15, \text{ or } 15\%$$

This is the expected return that you are giving up by investing in the project rather than the stock market. In other words, it is the project's opportunity cost of capital.

To value the project, discount the expected cash flow by the opportunity cost of capital:

$$PV = \frac{110{,}000}{1.15} = \$95{,}650$$

This is the amount it would cost investors in the stock market to buy an expected cash flow of \$110,000. (They could do this by buying 1,000 shares of stock X.) It is therefore also the sum that investors would be prepared to pay for your project.

To calculate net present value, deduct the initial investment:

$$NPV = 95{,}650 - 100{,}000 = -\$4{,}350$$

The project is worth \$4,350 less than it costs. It is *not* worth undertaking. Instead of creating wealth, it would destroy wealth and make you worse off, compared with investing in the stock market.

Notice that you come to the same conclusion if you compare the expected project return with the cost of capital:

$$\text{Expected return on project} = \frac{\text{expected profit}}{\text{investment}} = \frac{110{,}000 - 100{,}000}{100{,}000} = .10, \text{ or } 10\%$$

The 10% expected return on the project is less than the 15% return investors could expect to earn by investing in stock X, so the project is not worthwhile.

Of course in real life it's impossible to restrict the future states of the economy to just "slump," "normal," and "boom." We have also simplified by assuming a perfect match between the payoffs of 1,000 shares of stock X and the payoffs to the investment project. The main point of the example does carry through to real life, however. Remember this: The opportunity cost of capital for an investment project is the expected rate of return demanded by investors in common stocks or other securities subject to the same risks as the project. When you discount the project's expected cash flow at its opportunity cost of capital, the resulting present value is the amount investors would be willing to pay for the project. Any time you find and launch a positive-NPV project (a project with present value exceeding its outlay) you have created wealth.

## A Source of Confusion

Here is a possible source of confusion. Suppose a banker approaches. "Your company is a fine and safe business with few debts," she says. "My bank will lend you the \$100,000 that you need for the project at 8%." Does that mean that the cost of capital for the project is 8% ? If so, the project would be worth doing. At an 8% cost of capital, PV would be 110,000/1.08 = \$101,852 and NPV = 101,852 − 100,000 = +\$1,852.

But that can't be right. First, the interest rate on the loan has nothing to do with the risk of the project: It reflects the good health of your existing business. Second, whether you take the loan or not, you still face the choice between the project, which offers an expected return of 10%, or the equally risky stock which gives an

expected return of 15%. A financial manager who borrows at 8% and invests at 10% is not smart, but stupid, if the company or its shareholders can borrow at 8% and buy an equally risky investment offering 15%. That is why the 15% expected return on the stock is the opportunity cost of capital for the project.

## 2.2 FOUNDATIONS OF THE NET PRESENT VALUE RULE

The net present value rule seems sensible enough. It worked for you when you decided to buy that vacant lot and constructed an office building on it. But will the rule work for everybody? Consider another investor who is short on cash and risk-averse. Would she really be willing to part with $370,000 immediately in exchange for a forecasted payoff of $420,000 next year? Or suppose that you're the CFO of a large corporation with many stockholders, who differ widely in age, wealth, and tolerance for risk. How could all those stockholders agree on the value added by a new investment?

**Your First Day on the Job** You have just been hired by the stockholder relations department at ExxonMobil. The annual stockholders' meeting is scheduled for your first day of work, and you are asked to attend. The meeting itself seems routine, but you note how carefully the CEO explains ExxonMobil's plans for capital investment. The extra explanation makes sense, you realize, because the planned capital investments exceed $15 billion annually.

After the formal meeting you mingle at the shareholders' coffee hour. You can't help overhearing a rather heated exchange between an elderly woman, evidently retired, and an earnest young man:

***Retired woman:*** The company's spending a fortune on developing new fields. Why have they bought a 30% stake in that Sakhalin project in Russia? It's going to cost more than $12 billion to develop, and it won't pay off for decades. Let someone else look for oil in Russia. I would prefer a bigger dividend. The dollar's down and I have to pay for my annual trip to Tuscany.

***Earnest young man:*** Would you like to see some pictures of my new daughter Michelle? Of course you would—don't worry, I've only got a dozen. I bought the ExxonMobil shares for her. She needs diapers, not dividends. Our company should invest for the long run. That oil from Russia will pay for her college education.

You are tempted to intervene, but hesitate. What should you say? They are only two of many thousands of ExxonMobil shareholders, and even they can't agree. Could the development of new fields be good news for little Michelle and bad news for the retired globetrotter? What about other stockholders? Some may combine long-run objectives with high risk-aversion. Could a risk-averse, long-term investor agree with Michelle's dad on the wisdom of ExxonMobil's investment in an offshore field in eastern Russia?

The answer to these questions is yes: all of ExxonMobil's stockholders should be able to agree on its investment plans, provided that the investments all have positive NPVs and that all stockholders have equal access to capital markets. We now demonstrate that theorem.