# Investment Valuation

## Tools and Techniques for Determining the Value of *Any* Asset

Third Edition

ASWATH DAMODARAN
www.damodaran.com

WILEY
John Wiley & Sons, Inc.

WOODWARD EX. I

Copyright © 2012 by Aswath Damodaran. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the Web at www.copyright.com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www.wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley also publishes its books in a variety of electronic formats. Some content that appears in print may not be available in electronic books. For more information about Wiley products, visit our web site at www.wiley.com.

***Library of Congress Cataloging-in-Publication Data:***

Damodaran, Aswath.
Investment valuation : tools and techniques for determining the value of any asset / Aswath Damodaran.—3rd ed.
p. cm.—(Wiley finance series)
Includes bibliographical references and index.
ISBN 978-1-118-01152-2 (cloth); ISBN 978-1-118-20654-6 (ebk);
ISBN 978-1-118-20655-3 (ebk); ISBN 978-1-118-20656-0 (ebk)
ISBN 978-1-118-13073-5 (paper); ISBN 978-1-118-20657-7 (ebk);
ISBN 978-1-118-20658-4 (ebk); ISBN 978-1-118-20659-1 (ebk)
1. Corporations—Valuation—Mathematical models. I. Title.
HG4028.V3 D353 2012
658.15—dc23 2011052858

10 9 8 7 6 5 4 3 2

*(continued on back flap)*

ION

ine

the

ket

CHAPTER 2

# Approaches to Valuation

Analysts use a wide range of models in practice, ranging from the simple to the sophisticated. These models often make very different assumptions, but they do share some common characteristics and can be classified in broader terms. There are several advantages to such a classification: It makes it easier to understand where individual models fit into the big picture, why they provide different results, and when they have fundamental errors in logic.

In general terms, there are three approaches to valuation. The first, discounted cash flow (DCF) valuation, relates the value of an asset to the present value (PV) of expected future cash flows on that asset. The second, relative valuation, estimates the value of an asset by looking at the pricing of comparable assets relative to a common variable such as earnings, cash flows, book value, or sales. The third, contingent claim valuation, uses option pricing models to measure the value of assets that share option characteristics. Some of these assets are traded financial assets like warrants, and some of these options are not traded and are based on real assets, (projects, patents, and oil reserves are examples). The latter are often called real options. There can be significant differences in outcomes, depending on which approach is used. One of the objectives in this book is to explain the reasons for such differences in value across different models, and to help in choosing the right model to use for a specific task.

## DISCOUNTED CASH FLOW VALUATION

While discounted cash flow valuation is only one of the three ways of approaching valuation and most valuations done in the real world are relative valuations, it is the foundation on which all other valuation approaches are built. To do relative valuation correctly, we need to understand the fundamentals of discounted cash flow valuation. To apply option pricing models to value assets, we often have to begin with a discounted cash flow valuation. This is why so much of this book focuses on discounted cash flow valuation. Anyone who understands its fundamentals will be able to analyze and use the other approaches. This section considers the basis of this approach, a philosophical rationale for discounted cash flow valuation, and an examination of the different subapproaches to discounted cash flow valuation.

### Basis for Discounted Cash Flow Valuation

This approach has its foundation in the present value rule, where the value of any asset is the present value of expected future cash flows on it.

$$\text{Value} = \sum_{t=1}^{t=n} \frac{CF_t}{(1+r)^t}$$

where $n$ = Life of the asset
$CF_t$ = Cash flow in period t
$r$ = Discount rate reflecting the riskiness of the estimated cash flows

The cash flows will vary from asset to asset—dividends for stocks, coupons (interest) and the face value for bonds, and after-tax cash flows for a real project. The discount rate will be a function of the riskiness of the estimated cash flows, with higher rates for riskier assets and lower rates for safer projects.

You can in fact think of discounted cash flow valuation on a continuum. At one end of the spectrum you have the default-free zero coupon bond, with a guaranteed cash flow in the future. Discounting this cash flow at the riskless rate should yield the value of the bond. A little further up the risk spectrum are corporate bonds where the cash flows take the form of coupons and there is default risk. These bonds can be valued by discounting the cash flows at an interest rate that reflects the default risk. Moving up the risk ladder, we get to equities, where there are expected cash flows with substantial uncertainty around the expectations. The value here should be the present value of the expected cash flows at a discount rate that reflects the uncertainty.

### Underpinnings of Discounted Cash Flow Valuation

In discounted cash flow valuation, we try to estimate the intrinsic value of an asset based on its fundamentals. What is intrinsic value? For lack of a better definition, consider it the value that would be attached to the firm by an unbiased analyst, who not only estimates the expected cash flows for the firm correctly, given the information available at the time, but also attaches the right discount rate to value these cash flows. Hopeless though the task of estimating intrinsic value may seem to be, especially when valuing young companies with substantial uncertainty about the future, making the best estimates that you can and persevering to estimate value can still pay off because markets make mistakes. While market prices can deviate from intrinsic value (estimated based on fundamentals), you are hoping that the two will converge sooner rather than later.

### Categorizing Discounted Cash Flow Models

There are literally thousands of discounted cash flow models in existence. Investment banks or consulting firms often claim that their valuation models are better or more sophisticated than those used by their contemporaries. Ultimately, however, discounted cash flow models can vary only a couple of dimensions.

**Equity Valuation and Firm Valuation** There are two paths to valuation in a business: The first is to value just the equity stake in the business, while the second is to value the entire business, which includes, besides equity, the other claimholders in the firm (bondholders, preferred stockholders). While both approaches discount expected cash flows, the relevant cash flows and discount rates are different under each. Figure 2.1 captures the essence of the two approaches.