**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST
AND ITS TRUSTEES, MATTHEW BREWER,
ROBERT JENSEN AND SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, N.A. and
BERENBAUM WEINSHIENK, P.C.,

Defendants.

---

ALERUS FINANCIAL, N.A.,
Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER, ROBERT JENSEN,
SUSAN DUKES, PIONEER CENTRES HOLDING COMPANY,
and RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

---

**ORDER
GRANTING PLAINTIFFS' MODIFIED AND UNOPPOSED MOTION (ECF NO. 255)
AND DENYING, AS MOOT, PLAINTIFFS' MOTION TO STRIKE OR LIMIT
(ECF NO. 253)**

---

THIS MATTER comes before the Court on Plaintiff's "Modified and Unopposed Motion

for Enlargement of Time to File Responses to Defendants' Motions for Summary Judgment and

in Limine and Withdrawal of Motion to Strike or Limit Such Motions" ("Motion"). (ECF No.

255.)  Upon consideration of the Motion, finding good cause for the requested enlargement of time, and being otherwise fully advised, it is

ORDERED that the Motion (ECF No. 255) is GRANTED and Plaintiffs' responses to the Motions for Summary Judgment and Motions in Limine filed by Defendants Berenbaum Weinshienk, P.C. and Alerus Financial, N.A., as set forth in paragraph two of Plaintiffs' Motion to Strike or Limit (ECF No. 253), shall be due on or before June 2, 2014; and

FURTHER ORDERED that, in accordance with Plaintiffs' request to withdraw, Plaintiffs' Motion to Strike or Limit (ECF No. 253) is DENIED as moot.

DATED this 9th day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge