IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST, AND ITS TRUSTEES,
MATTHEW BREWER,
ROBERT JENSEN, and
SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, NA, and
BERENBAUM WEINSHIENK, PC,

Defendants,

and

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER,
ROBERT JENSEN,
SUSAN DUKES,
PIONEER CENTRES HOLDING COMPANY, and
RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a final pretrial conference. The proposed final pretrial order was refused for the reasons discussed during the conference. Consistent with matters discussed this afternoon,

IT IS ORDERED:

(1) The parties shall submit a revised proposed final pretrial order on or before July 11, 2014, modified as discussed during the conference today; and

(2) The plaintiffs may have to and including July 7, 2014, within which to file a response to Alerus' Motion for Summary Judgment [Doc. # 252].

Dated June 26, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge