IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-02547-RM-BNB

THE PIONEER CENTRES HOLDING COMPANY
EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST
AND ITS TRUSTEES, MATTHEW BREWER,
ROBERT JENSEN AND SUSAN DUKES,

Plaintiffs,

v.

ALERUS FINANCIAL, N.A. and
BERENBAUM WEINSHIENK, P.C.,

Defendants.

---

ALERUS FINANCIAL, N.A.,

Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER, ROBERT JENSEN,
SUSAN DUKES, PIONEER CENTRES HOLDING COMPANY,
and RICHARD EASON,

Third-Party Defendants and Counterclaim Defendants.

---

**ORDER SETTING TRIAL SETTING CONFERENCE**

---

IT IS ORDERED that a Trial Setting Conference is set for Thursday, July 17, 2014, at 2:00 p.m. on the docket of Judge Raymond P. Moore. Parties may appear by telephone by calling Chambers *via* conference call at 303-335-2784.

DATED this 7th day of July, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge