IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02547-RM-MEH

THE PIONEER CENTRES HOLDING COMPANY EMPLOYEE STOCK OWNERSHIP
PLAN AND TRUST AND ITS TRUSTEES, MATTHEW BREWER, ROBERT JENSEN, AND
SUSAN DUKES,

     Plaintiffs,

v.

ALERUS FINANCIAL, N.A., and
BERENBAUM WEINSHIENK, P.C.,

     Defendants,

_____

ALERUS FINANCIAL, N.A.,

     Third-Party Plaintiff and Counterclaim Plaintiff,

v.

MATTHEW BREWER,
ROBERT JENSEN,
SUSAN DUKES,
PIONEER CENTRES HOLDING COMPANY, and
RICHARD EASON,

     Third-Party Defendants and Counterclaim Defendants.

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 9, 2015**.

     Finding that it may prevent a failure or delay of justice, Plaintiff Pioneer Centres Holding Company Employee Stock Ownership Plan and Trust's Unopposed Motion Pursuant to Fed. R. Civ. P. 27(b) to take Deposition to Perpetuate Testimony of Richard L. Eason [filed November 6, 2015; docket #384] is **granted**. The deposition of Richard Eason to perpetuate his testimony pursuant to Fed. R. Civ. P. 27(b) shall be taken pursuant to the Notice of Deposition, which is attached to the motion as Exhibit A.